## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 5990                              Purchased/Filed: June 25, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN COUNTY

---

Mohamed Elmeshad, individually and on behalf of others similarly situated        Plaintiff

against

GHT Petroleum, Inc., Golden Touch Gas & Food, Inc., Tarlok Singh, et ano.        Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY        SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 11, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons in a Civil Case and Complaint Bearing the above Index # and Filing Date_____ on _____Golden Touch Gas & Food, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__   Approx. Wt: __110 lbs.__   Approx. Ht: __5' 1"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: __glasses__

Sworn to before me on this

__12th__ day of _____July 2007_____

*Deborah A Bottisti (Berlin)*  
DEBORAH A BOTTISTI  
NOTARY PUBLIC, State of New York  
No 01BO6036756, Qualified in Albany County  
Commission Expires February 7, 2010

_Lewis Sperber_

Invoice•Work Order # 0612798