AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 7:07-CV-5990

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mohamed Elmeshad v. GHT Petroleum, Inc., Golden Gas & Food, Inc, et al

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/1/2007 | *[signature]* |
| Date | Signature |
| | Matthew Dunn |
| | Print Name / Bar Number |
| | 9 Paradies Lane |
| | Address |
| | New Paltz, NY 12561 |
| | City / State / Zip Code |
| | (845) 255-9370 / (845) 255-8649 |
| | Phone Number / Fax Number |