UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Mohamed Elmeshad, et. al., individually and on behalf of others similarly situated,**

                    Plaintiffs,

      V.                                        07:07 Civ 5990

**GHT Petroluem, Inc., Golden Gas & Food, Inc. et al.**

                    Defendant.

## Certificate of Service

I hereby certify that on August 07, 2007, I electronically filed the document Appearance with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1. Gary Greenwald
   Greenwald Law Offices
   99 Brookside Avenue
   Chester, NY 10918

                                                            /s/ Anibal R. Garcia
                                                    Anibal R. Garcia, Paralegal
                                                    Getman Law Office
                                                    9 Paradies Lane
                                                    New Paltz, New York 12561
                                                    agarcia@getmanlaw.com
                                                    845-255-9370