| | |
|---|---|
| STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | INDEX/CASE # : 07 CIV. 5990<br>Date Filed: _____<br>Court Date: _____ |

*Mohamed Elmeshad, individually and on behalf of others similarly situated,*

vs

*GHT Petroleum, Inc., et. al.,*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

**AFFIDAVIT OF SERVICE**

_Gabriel Fernandez, Jr._, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _July 20, 2007_ at _6:26 p.m._, at _GHT Petroleum, 349 NYS 82, Hopewell Junction, NY 12533_, deponent served the within _Summons in a Civil Case and Complaint_

on: _Haridener ~~Haridner~~ Singh_, _Defendant_ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY/AGENT** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ thereof, and said person was authorized to accept service on behalf thereof.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to _Gaganjit Gogi (defendant's manager)_ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house / usual place of abode / last-known residence.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy thereof to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode/last-known residence. Due diligence/previous attempts made are as follows:
Address confirmation:

**#5 MAIL COPY** [X] On _July 24, 2007_, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ] Additional mailing was also sent on same date by Certified Mail.

**#6 DESCRIPTION** [X] A description of the recipient (person to whom the papers were given) is as follows:
(use with #1, 2 or 3) Sex: _Male_  Color of skin: _Olive_  Color of hair: _Black_  Age: _50-55_  Height: _5/8_
Weight: _170-180_  Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [X] Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

**#9 OTHER** [ ]

Sworn to before me on _July 24, 2007_

_[signature]_
KIM F. LETUS (#4617180)
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 3/30/11

_[signature]_
Gabriel Fernandez, Jr.

Invoice•Work Order # 0709095