**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INDEX/CASE # : 07 CIV. 5990
Date Filed: _____
Court Date: _____

*Mohamed Elmeshad, individually and on behalf of others similarly situated,*

vs

*GHT Petroleum, Inc., et. al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

**AFFIDAVIT OF SERVICE**

__Gabriel Fernandez, Jr.__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __July 20, 2007__ at __6:26 p.m.__, at __GHT Petroleum, 349 NYS 82, Hopewell Junction, NY 12533__, deponent served the within __Summons in a Civil Case and Complaint__

on: __Tarlok Singh__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY/AGENT** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ thereof, and said person was authorized to accept service on behalf thereof.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to __Gaganjit Gogi (defendant's manager)__ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business   [ ] dwelling house / usual place of abode / last-known residence.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy thereof to the door of said premises, which is recipient's [ ] actual place of business   [ ] dwelling house / usual place of abode/last-known residence. Due diligence/previous attempts made are as follows:

Address confirmation:

**#5 MAIL COPY** [X] On __July 24, 2007__, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.   [ ] Additional mailing was also sent on same date by Certified Mail.

**#6 DESCRIPTION** [X] A description of the recipient (person to whom the papers were given) is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __Olive__   Color of hair: __Black__   Age: __50-55__   Height: __5/8__
Weight: __170-180__   Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [X] Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

**#9 OTHER** [ ]

Sworn to before me on __July 24, 2007__

KIM F. LETUS (#4617180)
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 3/30/11

Gabriel Fernandez, Jr.

Invoice•Work Order # 0708951