GREENWALD LAW OFFICES
Joseph G. McKay (JM-8355)
99 Brookside Avenue
Chester, New York 10918
Tel.: (845) 469-4900
Fax: (845) 469- 2022
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**MOHAMED ELMESHAD, individually and on behalf of others similarly situated,**

                      **Plaintiffs,**        **RULE 7.1 STATEMENT**

          **-against-**

                                           *INDEX NO.: 07 CIV 5990*

**GHT PETROLEUM, INC., GOLDEN TOUCH GAS & FOOD, INC., TARLOK SINGH, and HARINDER SINGH,**

                      **Defendants.**
_____

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GHT PETROLEUM, INC., GOLDEN TOUCH GAS & FOOD, INC.(private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED:     Chester, New York
                  August 8, 2007

                                              GREENWALD LAW OFFICES

                                By:    /s/ Joseph G. McKay
                                           Joseph G. McKay (JM-8355)
                                           *Attorneys for Defendants*
                                           99 Brookside Avenue
                                           Chester, New York 10918
                                           Tel.:  (845) 469-4900
                                           Fax:   (845) 469-2022