GREENWALD LAW OFFICES
Joseph G. McKay (JM-8355)
99 Brookside Avenue
Chester, New York 10918
Tel.: (845) 469-4900
Fax: (845) 469-2022
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

MOHAMED ELMESHAD, individually and on behalf of others similarly situated,

                Plaintiffs,     OFFER OF JUDGMENT UNDER
                                      F.R.C.P. RULE 68

     -against-

                                              INDEX NO.: 07 CIV 5990

GHT PETROLEUM, INC., GOLDEN TOUCH GAS & FOOD, INC., TARLOK SINGH, and HARINDER SINGH,

                Defendants.
─────────────────────────────────

TO:    MOHAMED ELMESHAD, Plaintiff
        c/o Law Office of Dan Getman
        Matt Dunn, Esq.
        Attorneys for Plaintiff
        9 Paradies Lane
        New Paltz, New York 12561

     The Defendants, GHT Petroleum, Inc., Golden Touch Gas & Food, Inc., Tarlok Singh, and Harinder Singh, pursuant to F.R.C.P. Rule 68, hereby offer to allow judgment to be taken against said Defendants by Plaintiff, Mohamed Elmeshad, for the sum of Thirty Thousand ($30,000) Dollars, inclusive of costs now accrued.

Dated: Chester, New York
       October 4, 2007

GREENWALD LAW OFFICES


/s Joseph G. McKay_____
JOSEPH G. McKAY (JM-8355)
Greenwald Law Offices, Attorneys for Defendants
GHT PETROLEUM, INC., GOLDEN
TOUCH GAS & FOOD, INC., TARLOK
SINGH, and HARINDER SINGH
99 Brookside Avenue
Chester, New York 10918
(845) 469-4900

TO:    MOHAMED ELMESHAD, Plaintiff
c/o Law Office of Dan Getman
Matt Dunn, Esq.
Attorneys for Plaintiff
9 Paradies Lane
New Paltz, New York 12561

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2007, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing, who comprise the attorneys for each of the parties herein.

    By:    /s Joseph G. McKay_____
JOSEPH G. McKAY (JM-8355)
Greenwald Law Offices, Attorneys for Defendants
GHT PETROLEUM, INC., GOLDEN
TOUCH GAS & FOOD, INC., TARLOK
SINGH, and HARINDER SINGH
99 Brookside Avenue
Chester, New York 10918
(845) 469-4900