IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED ELMESHAD, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GHT PETROLEUM, INC., GOLDEN TOUCH GAS & FOOD, INC., TARLOK SINGH, and HARINDER SINGH,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:  07-CIV-5990<br>:  (CLB)(LMS)<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE, that upon the attached exhibits, and the Brief in Support, Plaintiff hereby moves this Court for a Temporary Restraining Order pursuant to Fed. R. Civ. P. Rule 65.

PLEASE TAKE FURTHER NOTICE, that the motion will be heard at 300 Quarropas St., White Plains, New York at a date to be set by the Court. Please take further note that oral argument shall occur only in accordance with the Court's rules or at the direction of Judge Robinson. The Plaintiffs request such argument.

Dated: October 29, 2007

Respectfully Submitted,


  /s/ Matt Dunn
Matt Dunn (MD1103)
Dan Getman (DG4613)
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370

ATTORNEYS FOR PLAINTIFFS