UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Mohamed Elmeshad, et. al., individually and on behalf of others similarly situated,**

        **Plaintiffs,**

                     07:07 Civ 5990

  V.

**GHT Petroluem, Inc., Golden Gas & Food, Inc. et al.**

        **Defendant.**

### Certificate of Service

I hereby certify that on October 29, 2007, I electronically filed the document Notice of Motion for Temporary Restraining Order, Plaintiff's Brief in Support of Application for Protective Order, Temporary Restraining Order, Injunction and Sanctions, with exhibits A., B, and C with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1. Gary Greenwald
   Greenwald Law Offices
   99 Brookside Avenue
   Chester, NY 10918

                     /s/ Anibal R. Garcia
                     Anibal R. Garcia, Paralegal
                     Getman Law Office
                     9 Paradies Lane
                     New Paltz, New York 12561
                     agarcia@getmanlaw.com
                     845-255-9370