# EXHIBIT A

Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, Of Counsel
Lisa M. Cobb, Of Counsel
Lynn M. Smookler, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

TO: **Matt Dunn, Esq.**

FAX NO.: **255-8649**

FROM: **David Brodsky, Of Counsel**

DATE: **October 25, 2007**

RE: **Mohamed Elmeshad, et. al. v. GHT Petroleum, Inc., Golden Touch Gas & Food, Inc., Tarlok Singh and Haridner Singh**

**NUMBER OF PAGES (Including Cover Sheet):** 7

## MESSAGE:

**ATTACHED PLEASE FIND WAIVER SIGNED BY EMPLOYEES OF GHT PETROLEUM, INC., AND GOLDEN TOUCH GAS & FOOD, INC.**

THIS COMMUNICATION IS A LEGAL MATTER AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
If you do not receive all of the pages or have any problems receiving this transmission, please call __DIANNE__ at (845) 469-4900.

STATE OF NEW YORK)
                        ) SS.:
COUNTY OF DUTCHESS)

       The undersigned, being duly and individually sworn, depose under penalty of perjury and say:

       1. We are the current and former employees of GHT Petroleum, Inc. and Golden Touch Gas & Food, Inc.

       2. We have read the attached Notice of Lawsuit with Opportunity to Join, which has been proposed in the matter entitled Mohamed Elmeshad, as Plaintiff v. GHT Petroleum, Inc., Golden Touch Gas & Food, Inc., Tarlok Singh, and Haridner Singh, as Defendants, which is pending in the United States District Court for the Southern District of New York under docket number 07-CIV-5990.

       3. We understand that the purpose of the Notice is to advise us of the right to join Mr. Elmeshad in suing the defendants for purported overtime wages which allegedly were not paid to us while we were in the employ of the defendants.

       4. We also understand that we have the right to opt-in as Plaintiffs in that action, or to refuse to opt-in and not join the lawsuit as Plaintiffs.

       5. Under no circumstances will we join in any action against the defendants arising from the defendants purported failure to pay us overtime wages, nor will we agree to sign the attached Notice of Lawsuit With Opportunity To Join, or any other similar notice which seeks to have us join Mr. Elmeshad in pursuing the foregoing lawsuit against the defendants.

### GHT PETROLEUM INC. EMPLOYEES

_____ (signature)
Haison S. Ghazali
170 Clove Branch Road, Apt. 22
Hopewell Junction, NY 12533
Sworn to before me this 23 day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

1

_____(signature)
Angeline Nieisen
560 Rt. 82
Hopewell Junction, NY 12533

Sworn to before me this 22nd day of Oct., 2007

_____
Notary Public

DEBBI L. COCUZZA
NOTARY PUBLIC, State of New York
01CO5054518
Qualified in Dutchess County
Commission Expires 1/16/2010

_____(signature)
Urbina, Jose Arnulfo
not known
Sworn to before me this 22 day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

_____(signature)
Cutignola, Stephanie
37 Pine Ridge Drive
Hopewell Junction, NY 12533

Sworn to before me this 22 day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

_____(signature)
Abdel-Hafez, Shaban, R.
631 S. Geddes Street
Syracuse, NY 13204

Sworn to before me this 22 day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

2

_____ (signature)
Martinez, Angeld, D.
193 Route 82
Fishkill, NY 12524

Sworn to before me this     day of           , 2007

_____
Notary Public

_____ (signature)
Kosilla, Jessica Ann
not known

Sworn to before me this     day of           , 2007

_____
Notary Public

_____ (signature)
Gasanjit Gogi
5111 Princess Cr
Wappinger Falls, NY 12590

Sworn to before me this 22 day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

_____ (signature)
Singh, Harinder
1054 Main Street, 2F
Fishkill, NY 12524

Sworn to before me this 5th day of October, 2007

_____
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

3

_____Tarlok Singh_____ (signature)
Singh, Tarlok
1054 Main Street, 2F
Fishkill, NY 12524

Sworn to before me this 2nd day of October, 2007

_____
Notary Public

ANNEMARIE FORNERIS
Notary Public, State of New York
Certified in Orange County
Reg. No. 01FO4985929
Commission Expires 9/13/2004

4

## GOLDEN TOUCH GAS & FOODS EMPLOYEES

_Jarnail Singh_ (signature)
Singh, Jarnail
253 Broadway
Newburgh, NY 12550

Sworn to before me this 22 day of October, 2007

_No A Muñoz_
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

---

_Surinder Singh_ (signature)
Singh, Surinder
65 Winona Avenue
Newburgh, NY 12550

Sworn to before me this 22 day of October, 2007

_No A Muñoz_
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

---

_Prem K. Aspal Shetty_ (signature)
Prem, Aspal-Shetty
42-52 Union Street, 401
Flushing, NY 11355

Sworn to before me this 22nd day of October, 2007

_Annemarie Forneris_
Notary Public

ANNEMARIE FORNERIS
Notary Public, State of New York
Certified in Orange County
Reg. No. 01FO4985929
Commission Expires 4/3/2009

---

_Orlando Diaz_ (signature)
Diaz, Orlando
476 Broadway, Apt. 2
Newburgh, NY 12550

Sworn to before me this 22nd day of October, 2007

_Annemarie Forneris_
Notary Public

5

ANNEMARIE FORNERIS
Notary Public, State of New York
Certified in Orange County
Reg. No. 01FO4985929
Commission Expires 4/3/2009

_Parminder Kaur_ (signature)
Kaur, Parminder
1054 Main Street, 2F
Fishkill, NY 12524

Sworn to before me this 22 day of October, 2007

_N. A. Munoz_
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

---

_Harjinder Singh_ (signature)
Singh, Harjinder
103 Paola Court
Plainview, NY 11803

Sworn to before me this 23 day of October, 2007

_N. A. Munoz_
Notary Public

NANCI A. MUNOZ
Notary Public, State Of New York
Reg. No. 01MU5073234
Qualified In Dutchess County
Commission Expires Feb. 18, 2011

---

_Tarlok Singh_ (signature)
Singh, Tarlock
1054 Main Street, 2F
Fishkill, NY 12524

Sworn to before me this 22nd day of October, 2007

_Annemarie Forneris_
Notary Public

ANNEMARIE FORNERIS
Notary Public, State of New York
Certified in Orange County
Reg. No. 01FO4985929
Commission Expires 8/3/2009

6