UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Mohamed Elmeshad, et. al., individually and on behalf of others similarly situated,**

         **Plaintiffs,**

         07:07 Civ 5990

**V.**

**GHT Petroluem, Inc., Golden Gas & Food, Inc. et al.**

         **Defendant.**

_____

### Certificate of Service

I hereby certify that on October 29, 2007, I electronically filed the document Notice of Motion for Temporary Restraining Order, Plaintiff's Brief in Support of Application for Protective Order, Temporary Restraining Order, Injunction and Sanctions, with exhibits A., B, and C with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Joseph Gerard McKay jmckay@greenwaldlaw.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

            /s/ Anibal R. Garcia
            Anibal R. Garcia, Paralegal
            Getman Law Office
            9 Paradies Lane
            New Paltz, New York 12561
            agarcia@getmanlaw.com
            845-255-9370