Gary Greenwald [GG 4605]
GREENWALD LAW OFFICES
99 Brookside Avenue
Chester, New York 10918
(845) 469-4900
(845) 469-2022- Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

MOHAMED ELMESHAD, individually and on
behalf of others similarly situated,

<em>Plaintiffs,</em>

     <em>-against-</em>

GHT PETROLEUM, INC., GOLDEN
TOUCH GAS & FOOD, INC., TARLOK
SINGH, and HARINDER SINGH,

**07 CIV 5990
(CLB)(LMS)**

<em>Defendants.</em>
———————————————————————

**DECLARATION OF GARY GREENWALD IN OPPOSITION TO PLAINTIFF'S MOTION**

GARY GREENWALD, an attorney duly admitted to practice law before the Courts of the State of New York and before this Court, affirms under penalty of perjury and says:

1. I am a partner with the Greenwald Law Offices, attorneys for Defendants, and, as such, am one of the attorneys representing the Defendants in this action.

2. Attached hereto are Defendants' Memorandum of Law in opposition to Plaintiff's Motion for injunctive relief, discovery, sanctions, and other relief, together with the Affidavit of Defendant Tarlock Singh, the Affidavit of Haisam S. Ghazali, and the Affirmation of David A. Brodsky.

1

3. For the reasons set forth in the attached documents, Defendants respectfully request that Plaintiff's motion be denied in all respects and, to the extent that Plaintiff's motion is not denied, that any relief granted to Plaintiff be subject to the same relief being granted to Defendants, and that the Court grant such other and further relief as it deems appropriate under the circumstances.

Dated: Chester, New York
       November 13, 2007

*/s/ Gary Greenwald*
GARY GREENWALD
[GG 4605]