UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MOHAMED ELMESHAD, individually and on
behalf of others similarly situated,

                               Plaintiffs,        AFFIDAVIT OF
                                                  HAISAM S. GHAZALI

       -against-

                                                     INDEX NO.: 07 CIV 5990

GHT PETROLEUM, INC., GOLDEN
TOUCH GAS & FOOD, INC., TARLOK
SINGH, and HARINDER SINGH,

                               Defendants.
_____

STATE OF NEW YORK   )
                              ) SS.:
COUNTY OF ORANGE   )

       HAISAM S. GHAZALI, being duly sworn, deposes under penalty of perjury and says:

       1. I am an employee of GHT Petroleum, Inc.

       2. Approximately July 17, 2007, I was contacted by Mohamed Elmeshad, with whom I had previously worked. Mr. Elmeshad contacted me while I was working at my place of employment with GHT Petroleum, Inc.

       3. Mr. Elmeshad advised me that he was suing my employer (his former employer) for unpaid overtime wages.

       4. Mr. Elmeshad also advised me that I could do the same thing if I wanted to.

       5. However, I was not interested in taking sides with him or with my employer.

1

6. I advised Terry (meaning Defendant Tarlok Singh) of the conversation within a few days thereafter.

7. Since that time, Mr. Elmeshad has advised me of the progress of his case, most recently advising me of the $30,000 settlement offer, which was made by my employer.

_____
HAISAM S. GHAZALI

Sworn to before me this 13th day of
November 2007.

_____
Notary Public

ROBERT E. NOE
Notary Public, State of New York
Qualified in Orange County
02NO5021843
Commission Expires December 27, 2009

2