# David Brodsky

**From:** dbrodsky, esq. [dbrodsky@frontiernet.net]
**Sent:** Monday, October 01, 2007 12:08 PM
**To:** David Brodsky
**Subject:** Fw: Proposed Collective Action Notice

----- Original Message -----
**From:** Matt Dunn
**To:** David Brodsky
**Sent:** Monday, October 01, 2007 12:01 PM
**Subject:** Proposed Collective Action Notice

David,

Attached is the proposed stipulation and "Notice of Lawsuit With Opportunity to Join". Please know that Judge Brieant approved notice similar to this one in the past.

Also it was my understanding, based on what you placed on the record at court, that you would provide us with the names and contact information for the other employees within ten days. It was not contingent on us reaching a stipulation. Regardless, let me know by Wednesday whether we can enter into a stipulation and promptly submit the documents to the Court.

Thanks,

Matt Dunn
Getman Law Office
9 Paradies Lane
New Paltz, New York 12561
Phone: (845) 255-9370
Fax: (845) 255-8649
http://getmanlaw.com

*******************************************
* CONFIDENTIALITY NOTICE *
*******************************************
This e-mail message is intended only for the confidential use of the intended recipient(s). This message may contain information that is legally protected by the attorney-client and/or work product protections; as such, this message is privileged and may not be disclosed except to the intended recipient(s). If you have received this message in error, you are directed that retention of the message may be a violation of law. Please notify the sender immediately by e-mail, and delete all copies of this message and any attachments. Thank you.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.488 / Virus Database: 269.13.36/1041 - Release Date: 10/1/2007 10:20 AM

11/7/2007