Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845) 469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th F
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

November 13, 2007

**by telecopier to: 914-390-4085**
Chambers of Hon. Charles L. Breiant, U.S.D.J.
United States Courthouse
300 Quarropas St., Room 218
White Plains, New York 10601

Attn: Alice Cama, law clerk

          Re: Elmeshad v. GHT Petroleum, Inc., Golden
          Touch Gas & Food, Inc., Tarlok Singh, and
          Harinder Singh
          07-CIV-5990 (CLB)(LMS)
          Motion Return Date: November 16, 2006

Dear Ms. Cama:

      This office represents the Defendants in the above referenced action and submits this letter with respect to Plaintiff's motion for injunctive relief and sanctions, which was brought by Order to Show Cause and which is returnable on November 16, 2006. Defendants respectfully request a two week adjournment of that return date in order to serve a cross-motion.

      Defendants' cross-motion will allege that Defendants are entitled to the same relief sought by Plaintiffs, if any, because Plaintiff is guilty of the same conduct which Plaintiff alleges to have been committed by Defendants. Since Defendants' cross-motion is intertwined with Plaintiff's motion and the identical relief will ultimately be sought by both parties, it is imperative that the Court hear both motions simultaneously.

      Cross-motion/opposition papers are in the process of being prepared for Defendants and I have a meeting scheduled with one of the Defendants today with respect to the motions.

      Earlier today, I requested a two week adjournment of Plaintiff's counsel, Matt Dunn, Esq., and I provided him with the foregoing reason for needing that adjournment. However, he did not consent to the adjournment and indicated that he would have to check and get back to me. He has not done so as of the writing of this letter.

page 2

Thank you in advance for the Court's consideration.

Respectfully yours,

David A. Brodsky, of counsel

cc: Matt Dunn, Esq. (by telecopier to: 255-8649)
    clients