UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamed Elmeshad, et. al., individually and on behalf of others similarly situated,

                          Plaintiffs,

          V.

GHT Petroluem, Inc., Golden Gas & Food, Inc. et al.

                          Defendant.

07:07 Civ 5990

## Certificate of Service

I hereby certify that on November 15, 2007, I electronically filed the **Plaintiff's Reply Brief in Support of Application for Preliminary Injunction** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Joseph Gerard McKay jmckay@greenwaldlaw.com

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

                                                 /s/ Anibal R. Garcia
                                    Anibal R. Garcia, Paralegal
                                    Getman Law Office
                                    9 Paradies Lane
                                    New Paltz, New York 12561
                                    agarcia@getmanlaw.com
                                    845-255-9370