IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NOV 26 2007

MOHAMED ELMESHAD, individually
and on behalf of others similarly situated,

        Plaintiffs,

v.

GHT PETROLEUM, INC., GOLDEN TOUCH
GAS & FOOD, INC., TARLOK SINGH,
and HARINDER SINGH,

        Defendants.

07-CIV-5990
(CLB)(LMS)

## COURT ORDERED NOTICE

By Order of Honorable Lisa M. Smith you are hereby notified that the Defendants and/or their attorneys impermissibly secured an affidavit from you. **The affidavit has absolutely no legal authority. You are not bound by the statements in the affidavit or any promise not to sue the Defendants for failure to pay overtime or the minimum wage.** You are free to decide whether or not you want to bring claims for unpaid overtime and/or minimum wage violations. The Fair Labor Standards Act protects you absolutely against retaliation by the Defendants for participating in a lawsuit. Any such federal claims must be brought within 2 years (3 if the violation was willful) of the pay week in which you were underpaid. State overtime claims can be brought within 6 years of the pay week in which you were underpaid.

Dated: 11/26/07

Hon. Lisa M. Smith
Chief United States Magistrate Judge