UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X

ELMESHAD,

                Plaintiff,

- against -

GHT PETROLEUM

                Defendant.  
------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 5990 (CLB) (LMS)

      The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

__X__ All Purposes / to hear and report as to injunctive relief, (Order to Show Cause Dkt #18) and consider the entire matter globally.

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
          November 16, 2007

                                                  _/s/ Charles L. Brieant_  
                                                  United States District Judge